Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 21−10267−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marilyn H Eyles
   aka Marilyn Eyles, aka Marilyn N Eyles
   676 Clayton Rd
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−5104

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            3/17/21
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 16, 2021
JAN: lgr

                                             Jeanne Naughton
                                             Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10267-JNP |
| Marilyn H Eyles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 16, 2021 | Form ID: 132 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marilyn H Eyles, 676 Clayton Rd, Williamstown, NJ 08094-3529 |
| 519072734 | | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 519072732 | + | American Express, P.O.Box 981537, El Paso, TX 79998-1537 |
| 519072737 | | American Express Business Management, PO BOX 1270, Newark, NJ 07101-1270 |
| 519076876 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519072738 | + | Andrew I Tealer, Selip & Stylianou LLP, 10 Forest Ave, PO Box 914, Paramus, NJ 07653-0914 |
| 519072739 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519072740 | | Bank Of America, PO Box 15796, Wilmington, DE 19886-5716 |
| 519111525 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519072741 | | Barclays Bank Delaware/Frontier Airlines, PO Box 8803, Wilmington, DE 19899-8803 |
| 519072742 | + | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519114706 | | CFI Resorts, 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 |
| 519072743 | + | Capital Managenet Services Lp, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 519072744 | + | Capital One /Walmart, PO BOX 4069, Carol Stream, IL 60197-4069 |
| 519072745 | + | Citi, PO BOX 6004, Sioux Falls, SD 57117-6004 |
| 519072746 | + | Citi Card/Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 519072747 | + | Citi Cards, PO BOX 790345, Saint Louis, MO 63179-0345 |
| 519072748 | + | Citicards cbna, 5800 South Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519072749 | + | Dept of Treasury-Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519072750 | | Elan Card Member Service, PO Box 790408, St Louis, MO 63179-0408 |
| 519072751 | + | Elanco Financial Services, PO Box 108, St. Louis, MO 63166-0108 |
| 519114709 | + | Harris Storage, 328 S 2nd Street, Millville, NJ 08332-4291 |
| 519106506 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519072754 | + | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 519114707 | + | NewRez LLC, 1100 Virginia Dr, Ste 125, Fort Washington, PA 19034-3235 |
| 519072755 | | Northstar Location Services, 4285 Genesee Street, Attn: Financial Services Department, Cheektowaga, NY 14225-1943 |
| 519072756 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519072762 | + | Radius Global Solutions, 500 North Franklin Turnpike, Ste 200, Ramsey, NJ 07446-1160 |
| 519072766 | | TD Bank, PO Box 1440, Greenville, SC 29602 |
| 519072765 | + | TD Bank, 200 Carolina Point Parkway, Greenville, SC 29607-5766 |
| 519072767 | | TD Bank, NA, PO BOX 100290, Columbia, SC 29202-3290 |
| 519072768 | + | The Hartford Financial Services, PO Box 249, Itasca, IL 60143-0249 |
| 519072769 | + | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519114708 | + | The Manhatten Club, 112 North Courtland Street, East Stroudsburg, PA 18301-2102 |
| 519100490 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519113367 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, nc 27605-1000 |
| 519072770 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | Feb 16 2021 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino |

Case 21-10267-JNP    Doc 15    Filed 02/18/21    Entered 02/19/21 00:25:34    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2021 | Form ID: 132 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2021 22:09:00 | Federal Bldg., Newark, NJ 07102-2534<br>United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519072742 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2021 23:06:25 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519072745 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2021 23:13:01 | Citi, PO BOX 6004, Sioux Falls, SD 57117-6004 |
| 519072746 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2021 23:08:47 | Citi Card/Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 519072747 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2021 23:08:42 | Citi Cards, PO BOX 790345, Saint Louis, MO 63179-0345 |
| 519072748 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2021 23:06:03 | Citicards cbna, 5800 South Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519072752 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2021 22:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519072753 | | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:10:59 | Lowes Business ACCT/SYNCB, PO BOX 530970, Atlanta, GA 30353-0970 |
| 519072757 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2021 22:07:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 519072758 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2021 22:07:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519072761 | + | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2021 22:07:00 | PNC Bank National Association, PO BOX 5570, Cleveland, OH 44101-0570 |
| 519072763 | + | Email/PDF: clerical@simmassociates.com | Feb 16 2021 23:11:36 | Simm Accociates Inc, 800 Pencader Dr, Newark, DE 19702-3354 |
| 519072764 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:11:00 | Syncb/Sams Club Dual Card, Po Box 965005, Orlando, FL 32896-5005 |
| 519074198 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:11:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519072769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2021 23:13:02 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519072733 | *+ | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519072735 | * | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519072736 | *+ | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519072759 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 519072760 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 16, 2021 | Form ID: 132 | Total Noticed: 47 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Denise E. Carlon

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Seymour Wasserstrum

on behalf of Debtor Marilyn H Eyles mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4