Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  21−10267−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marilyn H Eyles
   aka Marilyn Eyles, aka Marilyn N Eyles
   676 Clayton Rd
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−5104

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 7, 2021.

Dated: October 7, 2021
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 21-10267-JNP

Marilyn H Eyles                                                                                 Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                          User: admin                                                     Page 1 of 3

Date Rcvd: Oct 07, 2021                                  Form ID: plncf13                                           Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marilyn H Eyles, 676 Clayton Rd, Williamstown, NJ 08094-3529 |
| 519072734 | | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 519072732 | + | American Express, P.O.Box 981537, El Paso, TX 79998-1537 |
| 519072737 | | American Express Business Management, PO BOX 1270, Newark, NJ 07101-1270 |
| 519076876 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519072738 | + | Andrew I Tealer, Selip & Stylianou LLP, 10 Forest Ave, PO Box 914, Paramus, NJ 07653-0914 |
| 519072739 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 519072740 | | Bank Of America, PO Box 15796, Wilmington, DE 19886-5716 |
| 519111525 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519072741 | | Barclays Bank Delaware/Frontier Airlines, PO Box 8803, Wilmington, DE 19899-8803 |
| 519114706 | | CFI Resorts, 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 |
| 519072743 | + | Capital Managenet Services Lp, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 519072744 | + | Capital One /Walmart, PO BOX 4069, Carol Stream, IL 60197-4069 |
| 519072749 | + | Dept of Treasury-Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519114709 | + | Harris Storage, 328 S 2nd Street, Millville, NJ 08332-4291 |
| 519072754 | + | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 519114707 | + | NewRez LLC, 1100 Virginia Dr, Ste 125, Fort Washington, PA 19034-3235 |
| 519146538 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519072755 | | Northstar Location Services, 4285 Genesee Street, Attn: Financial Services Department, Cheektowaga, NY 14225-1943 |
| 519072756 | | Office of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519072762 | + | Radius Global Solutions, 500 North Franklin Turnpike, Ste 200, Ramsey, NJ 07446-1160 |
| 519128338 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519072765 | + | TD Bank, 200 Carolina Point Parkway, Greenville, SC 29607-5766 |
| 519072766 | | TD Bank, PO Box 1440, Greenville, SC 29602 |
| 519072767 | | TD Bank, NA, PO BOX 100290, Columbia, SC 29202-3290 |
| 519072768 | + | The Hartford Financial Services, PO Box 249, Itasca, IL 60143-0249 |
| 519114708 | + | The Manhatten Club, 112 North Courtland Street, East Stroudsburg, PA 18301-2102 |
| 519113367 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, nc 27605-1000 |
| 519072770 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519072742 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2021 20:38:16 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519072745 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0312-1                    User: admin                    Page 2 of 3
Date Rcvd: Oct 07, 2021                 Form ID: plncf13                Total Noticed: 54

| | | | Oct 07 2021 20:38:24 | Citi, PO BOX 6004, Sioux Falls, SD 57117-6004 |
|---|---|---|---|---|
| 519072746 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2021 20:38:24 | Citi Card/Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 519072747 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2021 20:38:16 | Citi Cards, PO BOX 790345, Saint Louis, MO 63179-0345 |
| 519072748 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2021 20:38:16 | Citicards cbna, 5800 South Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519072750 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 07 2021 20:17:00 | Elan Card Member Service, PO Box 790408, St Louis, MO 63179-0408 |
| 519072751 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 07 2021 20:17:00 | Elanco Financial Services, PO Box 108, St. Louis, MO 63166-0108 |
| 519072752 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2021 20:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519141976 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2021 20:38:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519072753 | | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 20:38:04 | Lowes Business ACCT/SYNCB, PO BOX 530970, Atlanta, GA 30353-0970 |
| 519106506 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2021 20:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519072757 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2021 20:16:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230-3180 |
| 519072758 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2021 20:16:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519072761 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2021 20:16:00 | PNC Bank National Association, PO BOX 5570, Cleveland, OH 44101 |
| 519117546 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2021 20:16:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 519132694 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2021 20:38:15 | Portfolio Recovery Associates, LLC, c/o Frontier Airlines, POB 41067, Norfolk VA 23541 |
| 519132690 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2021 20:38:15 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519072763 | + | Email/PDF: clerical@simmassociates.com | Oct 07 2021 20:38:21 | Simm Accociates Inc, 800 Pencader Dr, Newark, DE 19702-3354 |
| 519072764 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 20:38:20 | Syncb/Sams Club Dual Card, Po Box 965005, Orlando, FL 32896-5005 |
| 519132268 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 20:38:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519074198 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 20:38:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519072769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2021 20:38:16 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519100490 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 07 2021 20:17:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Oct 07, 2021 | Form ID: plncf13 | Total Noticed: 54

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519072733 | *+ | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519072735 | * | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519072736 | *+ | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519072759 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 519072760 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 519141168 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Marilyn H Eyles mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5